IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE RICHARDSON, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-536 |
| v. | : | |
| GEORGE W. HILL CORRECTIONAL FACILITY, | : | |
| Defendant. | : | |

# **ORDER**

**AND NOW**, this 12th day of March, after considering the application for leave to proceed *in forma pauperis* and complaint filed by the *pro se* plaintiff, Maurice Richardson ("Richardson") (Doc. Nos. 2, 5); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 5) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2. The complaint (Doc. No. 2) is **DEEMED** filed;

3. The complaint is **DISMISSED WITHOUT PREJUDICE** for the failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii);

4. Richardson has leave to file an amended complaint within thirty (30) days of the date of this order if he can state a plausible claim for relief against a proper defendant. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Richardson's claims against each defendant. If Richardson files an amended complaint, the clerk of court shall not make service until so ordered by this court;

5. The clerk of court is **DIRECTED** to send Richardson a copy of this court's form complaint to be used by a *pro se* individual filing a civil action. Richardson may use this form to prepare his amended complaint; and

6. If Richardson fails to file an amended complaint in accordance with paragraph 4 of this order, the court may dismiss this case without prejudice for failure to prosecute without further notice.

BY THE COURT:


*/s/ Edward G. Smith*____
EDWARD G. SMITH, J.